# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REBECCA J. NANCE, *et al.*,

    Plaintiffs,

v.

GREEN POINT MORTGAGE, *et al.*,

    Defendants.

Case No. 2:11-CV-00776-KJD-GWF

**ORDER**

    Presently before the Court are Defendant Mountains Edge Master Association's Motion to Dismiss (#4), Defendant Greenpoint Mortgage's Motion to Dismiss (#9) and Defendants BAC Home Loans Servicing, L.P.'s, Aurora Loans Servicing, L.P.'s and Countrywide Mortgage Ventures, LLC's Motion to Dismiss (#16). Defendant Silver State Trustee Services, LLC filed a Joinder (#12) in Defendant Mountain Edge Master Associations's motion to dismiss. Though the time for doing so has passed, and having been informed by the Court of the need to file points and authorities in opposition to the motions to dismiss and that failure to respond would result in the dismissal of their claims, Plaintiffs have failed to file any response in opposition. See Minutes of the Court (#5).

    Therefore, in accordance with Local Rule 7-2(d), and good cause being found, the Court grants the motions to dismiss. The Complaint fails to either name parties as Defendants, except in

the caption, or to make any specific factual allegations against the parties upon which relief may be granted.

Accordingly, **IT IS HEREBY ORDERED** that the Motions to Dismiss (#4/9/16) are **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of the Court enter **JUDGMENT** for Defendants and against Plaintiffs;

**IT IS FURTHER ORDERED** that any Lis Pendens or Notice of Pendency of Action recorded in conjunction with this action is hereby **CANCELED, DISCHARGED AND EXPUNGED**.

DATED this 1st day of July 2011.

_____
Kent J. Dawson
United States District Judge