ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com

*Attorneys for Defendants*
*BAC Home Loans Servicing, LP, Aurora*
*Loan Services, LLC, and Countrywide*
*Mortgage Ventures, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA J. NANCE & BRIAN BROWN, | Case No: 2:11-cv-00776-KJD-GWF |
| Plaintiffs, | |
| vs. | **ORDER CANCELING LIS PENDENS** |
| GREEN POINT MORTGAGE, COUNTRYWIDE MORTGAGE, BAC HOME LOANS, AURORA LOAN SERVICES, SILVER STATE TRUSTEE SERVICES, LLC, MOUNTAINS EDGE MASTER ASSOCIATION & ROES I through X, inclusive, | |
| Defendants. | |

This Court entered Judgment and issued an Order granting Defendants BAC HOME LOANS SERVICING, LP, erroneously named as BAC Home Loans, AURORA LOAN SERVICES, LLC, erroneously named as Aurora Loan Services, and COUNTRYWIDE MORTGAGE VENTURES, LLC's, erroneously named as Countrywide Mortgage, (collectively "Defendants") Motion to Dismiss on July 5, 2011 [Dkts. 20 and 21].

Defendants request that the lis pendens Plaintiffs Rebecca J. Nance and Brian Brown recorded against the subject property be canceled.

The Court finds that Plaintiffs Rebecca J. Nance and Brian Brown recorded a Notice of Pending Action ("Lis Pendens") on or about April 27, 2011, as Instrument No. 20110427-0004479

{LV044286;1}                                                    1

in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto at **Exhibit A** and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above referenced Lis Pendens is hereby cancelled, released, and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that Defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 19, 2012

Submitted by:
**AKERMAN SENTERFITT LLP**

/s/ Steven G. Shevorski
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8526
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*BAC Home Loans Servicing, LP, Aurora Loan Services, LLC, and Countrywide Mortgage Ventures, LLC*

# EXHIBIT A

# EXHIBIT A

Inst #: 201104270004479
Fees: $17.00
N/C Fee: $0.00
04/27/2011 02:24:08 PM
Receipt #: 755276
Requestor:
BRIAN BROWN
Recorded By: MJM   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# 176-27-813-020

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT  (DO NOT Abbreviate)

NOTICE OF LIS PENDENS AFFECTING REAL PROPERTY

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

BRIAN BROWN

**Return to:**

Name  BRIAN BROWN

Address  7275 CHILDERS AVE

City/State/Zip  LAS VEGAS  NV  89178

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

**LIS**
Rebecca J. Nance
Brian Brown
7275 Childers Avenue
Las Vegas, Nevada 89178
*In Proper Person*

FILED
APR 21  1 34 PM '11

CLERK OF THE COURT

## DISTRICT COURT

## CLARK COUNTY, NEVADA

Rebecca J. Nance & Brian Brown,

      Plaintiff,

vs.

Green Point Mortgage, Countrywide Mortgage, BAC Home Loans, Aurora Loan Services, Silver State Trustee Services, LLC, Mountains Edge Master Association & ROES I through X, inclusive,

      Defendant.

Case No.: A-11-640151-C

Dept No.: X

**NOTICE OF LIS PENDENS AFFECTING REAL PROPERTY**

**NOTICE: THIS LIS PENDENS IS EFFECTIVE UPON SERVICE OF THE PARTY REQUESTING SAME WHEN ISSUED AND AGAINST THE OTHER PARTY WHEN SERVED, AND SHALL REMAIN IN EFFECT FROM THE TIME OF ITS ISSUANCE UNTIL TRIAL OR UNTIL DISSOLVED OR MODIFIED BY THE COURT. DISOBEDIENCE OF THIS LIS PENDENS IS PUNISHABLE BY CONTEMPT.**

**TO:  ALL INTERESTED PARTIES**

      **NOTICE IS HEREBY GIVEN** pursuant to NRS Chapter 14, NRS 125.220, and NRS Chapter 608, that there is an action currently pending in the United States District Court. The action which affects title to a specific parcel of real property and the right to lawful possession of the same, the property location is 7275 Childers Avenue, Las Vegas, Nevada 89178, and whose legal description is as follows:

      APN #: 176-27-813-020. Plat Book 128, Page 36, Lot 27 Block – Mesa Mountains Edge POD 212 & Valla Mtns Edge PD 249-U2, in the records of the Clark County Recorder's Office; more commonly known as 7275 Childers Avenue, Las Vegas, Nevada 89178.

The property affected by the action is located in the County of Clark, Nevada. The nature of the claims is:

1. Fraud;
2. Breach of Duty of Good Faith and Fair Dealing;
3. Quiet Title;
4. Breach of Fiduciary Duty;
5. For a Temporary Restraining Order, Permanent Injunction and for Damages against all Defendants for Wrongful Foreclosure Wrongful Attempted Foreclosure;
6. Suitability;
7. Negligence;
8. Liability per se;
9. Negligence Misrepresentation;
10. Unfair Lending Practices; and
11. Intentional Infliction of Emotion Distress.

**NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND RESTRAINED FROM**; transferring, encumbering, selling or otherwise disposing of any portion of said property with the written permission of the Court.

DATED this 27 day of April, 2011.

Submitted by:

_____
Original Signature

Rebecca J. Nance
7275 Childers Avenue
Las Vegas, Nevada 89178
*In Proper Person*

1. _[signature]_
2. Original Signature
3. Brian Brown
4. 7275 Childers Avenue
   Las Vegas, Nevada 89178
   *In Proper Person*

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

_[signature]_
Rebecca J. Nance

_[signature]_
Brian Brown